UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RHONDA MASTERS, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:15-CV-314-FL
)
AR RESOURCES, INC., )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 14, 2016, for the reasons set forth more specifically therein, plaintiff's motion for entry of default is GRANTED and this judgment is in favor of plaintiff for:

    (1)    $500.00 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);
    (2)    $2,250.00 in civil penalties pursuant to N.C. Gen. Stat. § 58-70-130(b);
    (3)    $400.00 in costs; and
    (4)    $2,975.00 in reasonable attorney fees, pursuant to 15 U.S.C. §1692l(a)(3)

Plaintiff's motion to compel is DENIED and plaintiff shall bear the costs of the action.

**This Judgment Filed and Entered on January 14, 2016, and Copies To:**
Craig M. Shapiro (via CM/ECF Notice of Electronic Filing)
Caren D. Enloe (via CM/ECF Notice of Electronic Filing)


January 14, 2016                    JULIE RICHARDS JOHNSTON, CLERK
                                          /s/ Susan W. Tripp
                                      (By) Susan W. Tripp, Deputy Clerk